# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    TONICA M LOWE-MILLER<br>        Debtor(s)<br>    CENLAR, FSB AS SERVICER FOR<br>    CITIMORTGAGE, INC.<br>        Movant<br>v.<br>    TONICA M LOWE-MILLER<br>        Debtor(s)<br>    NELSON MILLER<br>        Co-Debtor<br>    KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 20-14720-amc |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Cenlar, FSB as servicer for CitiMortgage, Inc. has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) and §1301 in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 269 Maple Avenue, Morton, PA 19070.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before June 3, 2022, you or your attorney must do all of the following:

(a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

| In Philadelphia: | In Reading: |
|---|---|
| 900 Market Street, Suite 400<br>Philadelphia, PA 19107-4299 | U.S. Bankruptcy Court, Clerks Office<br>The Gateway Building<br>201 Penn Street, Suite 103<br>Reading, PA 19601 |

If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to movant's attorney:

                      Daniel P. Jones
                      Stern & Eisenberg, PC
                      1581 Main Street, Suite 200
                      The Shops at Valley Square
                      Warrington, PA 18976
                      Telephone: (215) 572-8111
                      Facsimile: (215) 572-5025
                      djones@sterneisenberg.com

and to the Trustee:    Kenneth E. West
                      Ch. 13 Trustee
                      1234 Market Street - Suite 1813
                      Philadelphia, PA 19107

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on June 7, 2022, at 11:00AM in Courtroom Number 4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

                                          STERN & EISENBERG, PC


                                          *By: /s/ Daniel P. Jones*
                                          Daniel P. Jones
                                          1581 Main Street, Suite 200
                                          The Shops at Valley Square
                                          Warrington, PA 18976
                                          Phone: (215) 572-8111
                                          Fax: (215) 572-5025
                                          Bar Number: 321876
Date: May 20, 2022                          Email: djones@sterneisenberg.com